1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

MARCUS ISAIAH SPEARS,

                       Petitioner,

12

     v.

13

MELISSA ANDREWJESKI,

14

                      Respondent.

CASE NO. 3:22-cv-05898-LK

ORDER REGARDING
PLAINTIFF'S FILINGS

15

16       This matter comes before the Court on pro se Petitioner Marcus Isaiah Spears' "Objection

17  of Denial to Commence Criminal Proceedings" and supporting affidavit. Dkt. Nos. 55, 56. Before

18  he filed this objection (which, construed liberally, could be considered to be a motion for

19  reconsideration), he filed a notice of appeal. Dkt. No. 54.

20       Because a notice of appeal generally "confers jurisdiction on the court of appeals and

21  divests the district court of its control over those aspects of the case involved in the appeal," *Griggs*

22  *v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam), and Mr. Spears'

23  submission concerns the same issues that are the subject of his appeal, the Court will not entertain

24

ORDER REGARDING PLAINTIFF'S FILINGS - 1

1    his submission. The Court accordingly STRIKES docket numbers 55 and 56 and cautions Mr.

2    Spears that it will summarily strike future inappropriate filings. *See* LCR 11(c).

3

4           Dated this 17th day of November, 2023.

5

6                                                      Lauren King
                                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER REGARDING PLAINTIFF'S FILINGS - 2